Argued July 27, affirmed July 27, petition for rehearing denied August 23, petition for review denied October 17, 1972

STATE OF OREGON, *Respondent, v.* RANDY ALLEN MESTDAGH (No. 71 3188), *Appellant.*

498 P2d 813

*Ken C. Hadley,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Burgess, Special Assistant Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.